**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EDWIN MELO-ROJAS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1995-R** |
| | ) | |
| **MARKWAYNE MULLIN, et al.,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

Petitioner, Mr. Edwin Melo-Rojas, petitioned the Court for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention in ICE custody [Doc. No. 1]. The Court referred the matter to United States Magistrate Judge Amanda L. Maxfield who issued a Report and Recommendation [Doc. No. 8] recommending this Court grant in part Mr. Melo-Rojas's Petition and order Respondents to provide him with a prompt bond hearing under 8 U.S.C. § 1226(a). Neither party objected.

Accordingly, the Court ADOPTS Judge Maxfield's Report and Recommendation. The Court GRANTS in PART Mr. Melo-Rojas's Petition, Doc. No. 1, and directs Respondents to provide him with a lawful bond hearing pursuant to § 1226(a) within seven days of the date of this order or otherwise release him if he has not received such a hearing within that period. Respondents shall certify their compliance with this Order.

IT IS SO ORDERED this 9th day of October, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE